**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-7420**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EDWARD DANE JEFFUS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. N. Carlton Tilley, Jr., District Judge. (CR-92-184, CA-95-227-6)

_____

Submitted: January 20, 1998       Decided: February 18, 1998

_____

Before NIEMEYER and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Edward Dane Jeffus, Appellant Pro Se. Paul Alexander Weinman, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997)) and denying his various post-decision motions. We have reviewed the record and the district court's opinion accepting the recommendations of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Jeffus</u>, Nos. CR-92-184; CA-95-227-6 (M.D.N.C. Feb. 11, Mar. 17, & July 18, 1997). <u>See</u> <u>Lindh v. Murphy</u>, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). Appellant's motions to supplement the record; "for procedural relief with regard to issue preclusion"; for sanctions; to file a formal brief; "for court to take judicial notice of adjudicative facts"; and for summary reversal are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2